# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 20-5297**

**September Term, 2022**

FILED ON: FEBRUARY 14, 2023

JOHN DOE, M.D., PH.D.,
     APPELLANT

JOHN DOE, M.D., PH.D., P.L.L.C.,
     APPELLEE

  v.

JUDITH RODGERS, M.H.A. AS SENIOR ADVISOR IN DIVISION OF PRACTITIONER DATA BANKS, ET AL.,
     APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-01229)

---

Before: HENDERSON and RAO, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*.

## J U D G M E N T

The court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. CIR. R. 36(d). It is:

**ORDERED** and **ADJUDGED** that the judgment of the district court be affirmed substantially for the reasons stated by the district court in its memorandum opinions signed on June 17, 2015, and September 10, 2020.

The Clerk will withhold the mandate until seven days after any timely petition for rehearing or rehearing *en banc* is resolved. *See* FED. R. APP. P. 41(b); D.C. CIR. R. 41(a)(1).

       **FOR THE COURT:**
       Mark J. Langer, Clerk

    BY: /s/
       Daniel J. Reidy
       Deputy Clerk